```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| MELISSA I. CRUZ, | CIVIL ACTION NO. 04-6238 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| VERIZON, INC., et al., |  |
| Defendants. |  |

**THE COURT** being advised by the defendants' counsel "that the parties have reached an amicable resolution of this matter," and "the parties negotiated a settlement . . . at a mediation" (3-7-07 Letter of Def. Counsel John C. Petrella); and thus the Court intending to dismiss the complaint (1) without costs and (2) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

 

                                                     s/ Mary L. Cooper
                                                    **MARY L. COOPER**
                                                    United States District Judge